UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE JEREMIAS GAMEZ-FUNEZ,

        Petitioner,

   v.

BRUCE CHADBOURNE,

        Respondent.

CIVIL ACTION

NO.   04-11446-GAO

O R D E R

O'TOOLE, D. J.

On June 24, 2004, counsel for petitioner Jose Jeremias Gamez-Funez, an immigration detainee confined at the Bristol County Jail and House of Correction in North Dartmouth, Massachusetts, filed a petition for a writ of habeas corpus under Section 2241. Within the petition, but not by separate motion, Gamez-Funez seeks a stay of removal. The petition also names Bruce Chadbourne, the District Director for the United States Immigration and Custom Enforcement Agency for this district, as a respondent.

ACCORDINGLY,

(1) The Clerk of this Court shall correct the caption of this action to reflect that Thomas Hodgson, Sheriff of Plymouth County, is the sole respondent to this action. Vasquez v. Reno, 233 F.3d 688, 694 (1st Cir. 2000) (a petitioner's legal custodian is the individual having day-to-day control over the facility in which petitioner is being detained), cert. denied, sub nom. Vasquez v. Ashcroft, 122 S. Ct. 43 (2001); see Mass. Gen. Laws ch. 126 § 16 (sheriff shall have custody and control of the jails in his county.. . .and shall be responsible for them);

(2) The Clerk shall serve a copy of the Petition, by certified mail upon (1) Thomas Hodgson, Sheriff, Bristol County Jail and House of Correction, 400 Faunce Corner Road, North Dartmouth, MA  02747 AND (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114.

  (3) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading AND

  (4) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

| | |
|---|---|
| July 16, 2004 | s/ George A. O'Toole, Jr. |
| Date | United States District Judge |

(2241servINS.wpd - 09/00)　　　　　　　　　　　　　　　　　　　　　　　　　　　　[2241serv.]