UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE JEREMIAS GAMEZ-FUNEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BRUCE CHADBOURNE, )<br>)<br>Respondent. ) | C.A. NO. 04-11446-GAO |

**RESPONDENT'S MOTION TO EXTEND TIME
IN WHICH TO RESPOND TO PETITIONER'S COMPLAINT FOR HABEAS CORPUS**

Now comes the above-captioned Respondent[1] and hereby moves this Court for an extension of time **up to and including September 27, 2004**, to answer or otherwise respond to Petitioner's Complaint. As reasons therefore, the undersigned counsel for Respondent asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain relevant facts and background information of this matter from the relevant agency (Department of Homeland Security).

WHEREFORE, Respondent respectfully requests that this Court allows his motion for an extension of time **up to and including September 27, 2004**, to answer or otherwise respond

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, Respondent is not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading. Respondent intends to raise those defenses when it answers or otherwise responds to the Complaint.

to the Petition.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                          /s/ Michael P. Sady
By:   Michael Sady
      Assistant U.S. Attorney
      John Joseph Moakley U.S. Courthouse
      Suite 9200
      Boston, MA 02210
      (617) 748-3100

Dated: , 2004

## CERTIFICATION UNDER L.R. 7.1

Pursuant to Local Rule 7.1(a)(2), Respondent's counsel certifies that he has attempted to contact Petitioner's counsel with regard to this motion, but to no avail..

                          /s/ Michael P. Sady
                          Michael P. Sady
                          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on, I caused a copy of the foregoing Motion to be served on , 2004 by first class mail, postage pre-paid to Petitioner's counsel, Stephen A. Lagana, Lagana & Associates, 145 Essex Street, Lawrence, MA 01840-0149.

                          _____
                          Michael Sady
                          Assistant U.S. Attorney