UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE JERIMIAS GAMEZ -FUNEZ ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BRUCE CHADBOURNE ) <br> ) <br> Respondent. ) | C.A. NO. 04-11446-GAO |

**RESPONDENT'S MOTION TO EXTEND TIME IN WHICH TO RESPOND TO PETITIONER'S COMPLAINT FOR HABEAS CORPUS**

Now comes the above-captioned Respondent[1] and hereby moves this Court for a three day extension of time **up to and including October 18, 2004,** to otherwise respond to Petitioner's Complaint. As reasons therefore, the undersigned counsel for Respondent asserts that such an additional extension to allow the Assistant U.S. Attorney the necessary time to obtain relevant facts and background information of this matter from the relevant agency (Department of Homeland Security) to respond adequately to the allegations to the Complaint.

WHEREFORE, Respondent respectfully requests that this Court allows his motion for an extension of time **up to and including October 18, 2004**, to respond to the Petitioner's Petition.

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, Respondent is not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading. Respondent intends to raise those defenses when it answers or otherwise responds to the Complaint.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:    s/s Michael P. Sady
        Michael P. Sady
        Assistant U.S. Attorney
        John Joseph Moakley Federal Courthouse
        Suite 9200
        Boston, MA 02210
        (617) 748-3100

Dated: September 24, 2004

## CERTIFICATION UNDER L.R. 7,1

Pursuant to Local Rule 7.1(a)(2), Respondent's counsel certifies that he has attempted to contact Petitioner's counsel with regard to this motion, but to no avail.

        /s/ Michael P. Sady
        Michael P. Sady
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on, I caused a copy of the foregoing Motion to be served on , 2004 by first class mail, postage pre-paid to Petitioner's counsel, Stephen A. Lagana, Lagana & Associates, 145 Essex Street, Lawrence, MA 01840-0149.

        /s/ Michael Sady
        Michael Sady
        Assistant U.S. Attorney