UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSE JEREMIAS GAMEZ-FUNEZ, | ) | |
| | ) | |
| Petitioner, | ) | C.A. NO. 04-11446-GAO |
| | ) | |
| | ) | |
| | ) | |
| BRUCE CHADBOURNE, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

RESPONDENT'S MOTION TO DISMISS

Respondent hereby moves this Court to dismiss the above-referenced matter because

Petitioner has failed to exhaust his administrative remedies.

Respondent relies on his Memorandum of Law filed in support hereof.

Respectfully submitted

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Michael P. Sady
Michael P. Sady
Assistant U.S. Attorney
John J. Moakley Federal Courthouse
Suite 9200
Boston, MA 02210
(617) 748-3275

Frank J. Crowley
Dept. of Homeland Security
Bureau of Immigration and Customs Enforcement
P.O. Box 8728 JFK Station
Boston, MA 02114

Dated: October 18, 2004

## CERTIFICATE OF SERVICE

I certify that on October 18, 2004, I caused a copy of the foregoing Motion and Memorandum of Law to be served on Petitioner's counsel, Stephen A. Lagana, Lagana & Associates, 145 Essex Street, Lawrence, by first class mail, postage pre-paid.

/s/ Michael P. Sady
Michael P. Sady
Assistant U.S. Attorney

## CERTIFICATION UNDER L.R. 7.1

Pursuant to Local Rule 7/1(a)(2), Respondent's counsel certifies that he has attempted to confer with Petitioner's counsel with regard to this Motion, but to no avail.

/s/ Michael P. Sady
Michael P. Sady
Assistant U.S. Attorney