UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE JEREMIAS GAMEZ-FUNEZ, | ) |
| Petitioner, | ) |
| v. | ) C.A. NO. 04-11446-GAO |
| BRUCE CHADBOURNE, | ) |
| Respondent. | ) |

NOTICE OF INTENT OF REMOVAL

The Respondent hereby notifies this Honorable Court of his intent to remove the Petitioner on February 17, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   s/s Michael P. Sady
Michael P. Sady
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: February 10, 2005

CERTIFICATE OF SERVICE

I certify that on February 10, 2005, I caused a copy of the foregoing Notice to be served by first class mail, postage pre-paid on Petitioner's counsel, Stephen A. Lagana, Lagana & Associates, 145 Essex Street, Lawrence, MA 01840-0149.

/s/ Michael Sady
Michael Sady
Assistant U.S. Attorney