UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11446-GAO

JOSE JEREMIAS GAMEZ-FUNEZ,
Petitioner,

v.

THOMAS HODGSON,
Respondent.

**ORDER**
February 16, 2005

O'TOOLE, D.J.

There being no opposition from the petitioner to the respondent's motion to dismiss (Docket No. 5), and it appearing from the record that the petitioner failed to exhaust all of his administrative remedies prior to filing his petition, it is hereby ORDERED that the respondent's motion is GRANTED and the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED.

2/16/05
DATE

DISTRICT JUDGE