UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__JOSE JEREMIAS GAMEZ-FUNEZ__
        Petitioner

v.                                CIVIL ACTION NO.__04-11446-GAO__

__THOMAS HODGSON__
        Respondent

### JUDGMENT IN A CIVIL CASE

__O'TOOLE__, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    Pursuant to the court's Order, dated 2/16/05, there being no opposition from the petitioner to the respondent's motion to dismiss ( Docket No. 5), and it appearing from the record that the petitioner failed to exhaust all of his administrative remedies prior to filing his petition, it is hereby ORDERED that the respondent's motion is GRANTED and the petition for a writ of habeas corpus pursuant to 28 USC sec. 2241 is DENIED.

                                                  TONY ANASTAS,
                                                  CLERK OF COURT

Dated: __2/16/05__                   By __Paul S. Lyness__
                                              Deputy Clerk

(Judgment Civil.wpd - 11/98) [jgm.]